| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 3937843 | DATE 03/04/2025 |
|---|---|---|---|---|
| **NAME** HEARD, Kenneth Robinson | | **OFFICER** LaMisha J. Rice | **JUDGE** Judith E. Levy | **DOCKET #** 23-CR-20197-01 |

| ORIGINAL SENTENCE DATE 08/16/2022 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY IV | TOTAL OFFENSE LEVEL 9 | PHOTO |
|---|---|---|---|---|
| COMMENCED 02/10/2023 | | | | |
| EXPIRATION 02/09/2026 | | | | |

| ASST. U.S. ATTORNEY Zachary Zurek | DEFENSE ATTORNEY Linda D. Ashford |
|---|---|

**REPORT PURPOSE**

**AMENDED VIOLATION TO THE PETITION FILED ON**
**DECEMBER 21, 2023**
**(Please note that the amended information is underlined)**

**ORIGINAL OFFENSE**

Counts 1-6: 18 U.S.C. §§ 472 and 2, Passing or Uttering Counterfeit Obligations or Securities

Count 7: 18 U.S.C. §§ 472 and 2, Possession of Counterfeit United States Currency

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 18 months as to Count 1 through 7 of the Indictment, all counts to run concurrently, to be followed by a three-year term of supervised release as to each count, to run concurrently.

Name of Sentencing Judicial Officer: Honorable James R. Knepp, II, Northern District of Ohio. Jurisdiction accepted by the Honorable Judith E. Levy on 04/04/2023.

Amended Sentence: 09/19/2022: Amended to Include Restitution. Restitution $6,200.00. All other conditions of the original judgment remain in full force and effect.

Modification: 08/01/2023: Special condition added: "You must reside in a residential reentry center (RRC) for up to 180 days. You must follow the rules and regulations of the center. Subsistence is waived. While at the RRC, you shall be allowed to earn social time, if you are in compliance with all facility criteria and probationary standards."

| PROB 12C (Rev. 08/18) | AMENDED VIOLATION REPORT PART 1: PETITION FOR SUMMONS | U. S. Probation Office Eastern District of Michigan | PACTS 3937843 | DATE 03/04/2025 |
|---|---|---|---|---|
| NAME HEARD, Kenneth Robinson | | OFFICER LaMisha J. Rice | JUDGE Judith E. Levy | DOCKET # 23-CR-20197-01 |

**ORIGINAL SPECIAL CONDITIONS**

1. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.
2. You must not incur new credit charges or open additional lines of credit without the approval of the probation officer.
3. You must participate in an approved program of substance abuse testing and/or outpatient or inpatient substance abuse treatment as directed by your supervising officer; and abide by the rules of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing.
4. You must undergo a mental health evaluation and/or participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
5. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.
6. You must apply all monies received from income tax refunds, lottery winnings, judgments, and/or any other anticipated or unexpected financial gains to the outstanding court-ordered financial obligation.

Criminal Monetary Penalties: Special Assessment $700.00 (balance $700.00); Restitution $6,200.00 (balance $6,100.00).

The probation officer believes that the individual has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Standard Condition No. 7:** "YOU MUST WORK FULL TIME (AT LEAST 30 HOURS PER WEEK) AT A LAWFUL TYPE OF EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU DO NOT HAVE FULL-TIME EMPLOYMENT, YOU MUST TRY TO FIND FULL-TIME EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU PLAN TO CHANGE WHERE YOU WORK OR ANYTHING ABOUT YOUR WORK (SUCH AS YOUR POSITION OR YOUR JOB RESPONSIBILITIES), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER AT LEAST 10 DAYS IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION |

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 3937843 | DATE 03/04/2025 |
|---|---|---|---|---|
| **NAME** HEARD, Kenneth Robinson | **OFFICER** LaMisha J. Rice | **JUDGE** Judith E. Levy | | **DOCKET #** 23-CR-20197-01 |

OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE."

Since the onset of supervised release, HEARD has failed to secure employment. In August 2023, HEARD reported that he secured employment through Xcel Industries, Southfield, Michigan. This writer instructed HEARD to submit earnings statements on several occasions. On September 21, 2023, HEARD sent this writer a questionable earnings statement from Xcel Industries. This writer made several attempts to contact Xcel Industries by phone to verify his employment but was unsuccessful. This writer instructed HEARD to have his employer to contact this writer. This writer never received a call. This writer instructed HEARD to video call via Facetime when he arrived at work to verify employment. He failed to contact this writer. On September 28, 2023, this writer conducted a home visit to address concerns surrounding HEARD's employment, specifically the earnings statement. HEARD denied that the earnings statement was falsified. HEARD insisted that he is working, and he will provide additional earnings statement. As of the date of this report, HEARD has failed to provide any valid proof of employment.

2   **Violation of Standard Condition No. 13:** "YOU MUST FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER RELATED TO THE CONDITIONS OF SUPERVISION."

HEARD was instructed by this writer to address his 19 outstanding warrants. Of those, nine are felony warrants and HEARD has failed to follow this writer's instructions.

3   **Violation of Mandatory Condition:** "YOU MUST MAKE RESTITUTION IN ACCORDANCE WITH 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, AND 3664."

Since the onset of supervised release, HEARD has failed to make any payments toward his outstanding special assessment and restitution debt. On April 14, 2023, your Honor signed a MIE2 suspending payments until HEARD secures employment. In August 2023, HEARD reported that he secured employment. At that time, HEARD was reminded that his financial debt needed to be paid, and special assessment should be a priority as it is typically due immediately. He agreed to make payments. As of the date of this report, no payments have been made.

4   **Violation of Standard Condition No. 4:** "YOU MUST ANSWER TRUTHFULLY THE QUESTIONS ASKED BY YOUR PROBATION OFFICER."

On several occasions when asked, HEARD reported that he is working full-time. HEARD has not provided proof that he is in fact employed. HEARD submitted a questionable earnings statement to this writer that appears to be falsified.

| PROB 12C (Rev. 08/18) | AMENDED VIOLATION REPORT PART 1: PETITION FOR SUMMONS | U. S. Probation Office Eastern District of Michigan | PACTS 3937843 | DATE 03/04/2025 |
|---|---|---|---|---|
| NAME HEARD, Kenneth Robinson | OFFICER LaMisha J. Rice | JUDGE Judith E. Levy | DOCKET # 23-CR-20197-01 | |

5      **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."

On August 22, 2023, a black male, wearing a black hat, black face mask, black shirt with RUNTZ on the back and black pants purchased items with nine counterfeit one-hundred-dollar bills from Kroger, according to police report number 230026024 of the Troy Police Department, Troy, Michigan.

The suspect first bought a children's backpack and paid for it with a one-hundred-dollar bill and received $86.76 in change and put the change in his left pocket. The suspect then put a Green Dot card on the counter totaling $255.95 and paid with three more counterfeit one-hundred-dollar bills, received change, and placed that change in his left pocket.

The suspect put another Green Dot card on the counter and took three more one-hundred-dollar bills from his right pocket and again received changed which he again put in his left pocket.

The suspect then made a third Green Dot card purchase and gave the cashier three one-hundred-dollar bills from his right pocket for the $250.00 charge, and again places the change in his left pocket and exit the store with the gift cards and backpack.

The store learned of the counterfeit bills when they attempted to put them in the safe but the safe refused to take them. In all ten one-hundred-dollar bills were given to the clerk and nine were counterfeit and had the same numbers on all of them, PF86700772C.

On September 1, 2023, a Senior Asset Protection Specialist, filed the report with Troy Police Department, Troy, Michigan. On September 5, 2023, the detective assigned to the Southeast Michigan Cyber Fraud Task Force with the United States Secret Service reviewed the case. It was at that time that HEARD was identified as the suspect by the matching of his forearm tattoos from previous booking photos and the video footage from Kroger at the time of the incident, where HEARD was wearing short sleeves.

On October 26, 2023, a warrant was issued charging HEARD with Uttering and Publishing Counterfeit Bills or Notes.

On November 20, 2023, Magistrate Liddle of the 52-4 District Court, Troy, Michigan authorized the warrant, Docket Number 2023-23-003896-FY.

6      **Violation of Special Condition:** "YOU MUST RESIDE IN A RESIDENTIAL REENTRY CENTER (RRC) FOR UP TO 180 DAYS. YOU MUST FOLLOW THE RULES AND REGULATIONS OF THE CENTER. SUBSISTENCE IS WAIVED. WHILE AT THE RRC, YOU SHALL BE ALLOWED TO EARN SOCIAL TIME, IF YOU ARE IN COMPLIANCE WITH ALL FACILITY CRITERIA AND PROBATIONARY STANDARDS."

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 3937843 | DATE 03/04/2025 |
|---|---|---|---|---|
| NAME HEARD, Kenneth Robinson | | OFFICER LaMisha J. Rice | JUDGE Judith E. Levy | DOCKET # 23-CR-20197-01 |

On December 1, 2023, this writer conducted an employment verification at Spud Headz restaurant, Detroit, Michigan, HEARD's proposed employment. This writer attempted to meet with HEARD and his supervisor, however neither of them were available. This writer was informed by Spud Headz staff that HEARD was at another location picking up supplies. This writer called HEARD's RRC issued cell phone and there was no answer. This writer contacted the RRC case manager to confirm that his employment had been verified. This writer learned that the case manager just spoke with the supervisor minutes prior to this writer calling and was told that HEARD was "right here washing dishes". The case manager confirmed that HEARD's RRC issued cell phone was still at Spud Headz location and the phone should be with HEARD at all times. HEARD returned this writer's call approximately 30 minutes later stating that he had returned from picking up supplies. It can be concluded that HEARD left his phone at his employment location and went to an unauthorized location without permission. HEARD was issued an incident for Prohibited Act 316: Being in an unauthorized area without staff authorization.

On December 2, 2023, HEARD abruptly left the RRC stating that he was experiencing chest pains and was going to seek medical attention. HEARD had transportation waiting for him outside of the facility when he exited. RRC staff attempted to conduct a verification call to HEARD's RRC issued cell phone while he was out. RRC staff did confirm that the cell phone was at the hospital, however they were unsuccessful with reaching HEARD. After hours of calling, HEARD's RRC issued cell phone was recovered by hospital security on a ledge at the entrance of the hospital. HEARD was deemed a program failure by the RRC after receiving another incident report for Prohibited Act Number 316: Being in an unauthorized area without staff authorization as it was concluded that he hid his phone at the hospital and was elsewhere.

7   **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."

On December 19, 2023, officers of the United States Probation Department, Detroit, Michigan, conducted a search at HEARD's residence located at 19371 Winston, Detroit, Michigan, as authorized by the Court. As a result of the search the following items were found: one urine-filled drug test bypass device; 131 counterfeit $20.00 bills; one pocket scale with marijuana residue; 19 prepaid Visa and Mastercard debit cards; two Michigan driver's licenses belonging to Donnell Wilcoxson and Patricia Cliett; and one $100.00 bill that was cut in half.

8   **Violation of Standard Condition:** "YOU MUST NOT OWN, POSSESS OR HAVE ACCESS TO A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR DANGEROUS WEAPON (I.E., ANYTHING THAT WAS DESIGNED, OR WAS MODIFIED FOR, THE SPECIFIC PURPOSE OF CAUSING BODILY INJURY OR DEATH TO ANOTHER PERSON SUCH AS NUNCHAKUS OR TASERS)."

| PROB 12C (Rev. 08/18) | AMENDED VIOLATION REPORT PART 1: PETITION FOR SUMMONS | U. S. Probation Office Eastern District of Michigan | PACTS 3937843 | DATE 03/04/2025 |
|---|---|---|---|---|
| NAME HEARD, Kenneth Robinson | OFFICER LaMisha J. Rice | JUDGE Judith E. Levy | | DOCKET # 23-CR-20197-01 |

| | |
|---|---|
| **9** | On December 19, 2023, officers of the United States Probation Department, Detroit, Michigan, conducted a search at HEARD's residence located at 19371 Winston, Detroit, Michigan, as authorized by the Court. As a result of the search a SKS assault rifle (unloaded) was located next to the sink in the bathroom located in the basement of the home.<br><br>**Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."<br><br>On March 5, 2024, a nine-count Indictment was filed in the Eastern District of Michigan, Docket No. 24-CR-20114, charging HEARD with Counts 1 through 8: Passing or Uttering Counterfeit Obligations or Securities, in violation of 18 U.S.C. § 472, occurring from August 22, 2023, through November 22, 2023, and Count 9: Possession of Counterfeit Federal Reserve Notes in violation of 18 U.S.C. § 472, occurring on or about December 19, 2023. All charged offenses occurred in the Eastern District of Michigan. Forfeiture allegations pursuant to 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 492 and 28 U.S.C. § 2461 were also filed.<br><br>On October 1, 2024, HEARD appeared, with counsel, before United States District Judge David M. Lawson. Pursuant to a Rule 11 Plea Agreement, HEARD pled guilty to Count 9 of the nine-count Indictment. Count 9 charged Possession of Counterfeit Federal Reserve Notes in violation of 18 U.S.C. § 472. The Court accepted HEARD's guilty plea and the Rule 11 Plea Agreement. Detention was continued.<br><br>On February 26, 2025, HEARD was sentenced to 38 months custody of the Bureau of Prisons to run consecutively to any custodial revocation sentence imposed on United States District Court-Eastern District of Michigan, Docket Number 23-CR-2019; to be followed by a three-year term of supervised release. |

| I declare under penalty of perjury that the foregoing is true and correct. **SENIOR PROBATION OFFICER** <br><br>s/LaMisha J. Rice/djl/slg/djl/lnb <br>313-234-5452 | **DISTRIBUTION** <br><br>Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** <br><br>s/Tracy Kosmas <br>313-234-5272 | **PROBATION ROUTING** <br><br>Data Entry |

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 3937843 | DATE 03/04/2025 |
|---|---|---|---|---|
| **NAME** HEARD, Kenneth Robinson | | **OFFICER** LaMisha J. Rice | **JUDGE** Judith E. Levy | **DOCKET #** 23-CR-20197-01 |

**THE COURT ORDERS:**

[ X ]  The above charges as an amendment to the summons request filed on December 21, 2023.

[ ]  Other

                                          s/Judith E. Levy
                                          United States District Judge

                                          4/10/2025
                                          Date